1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11   THERESA BROOKE, | Case No.: 1:16-cv-1406-AWI-JLT |
| 12           Plaintiff, | ORDER STAYING ALL OF THE RELATED ACTIONS |
| 13       v. | |
| 14   H&K PARTNERSHIP, a California partnership dba Best Economy Inn & Suites, | |
| 15           Defendant. | |
| 16 | Case No.: 1:16-cv-1407-LJO-JLT |
| 17   THERESA BROOKE, | |
| 18           Plaintiff, | |
| 19       v. | |
| 20   C & S CHONG INVESTMENT CORPORATION, a California corporation dba La Quinta Inn Bakersfield North, | |
| 21 | |
| 22           Defendant. | |
| 23 | Case No.: 1:16-cv-1408-DAD-JLT |
| 23   THERESA BROOKE, | |
| 24           Plaintiff, | |
| 25       v. | |
| 26   JDS HOSPITALITY GROUP, LLC, a California limited liability company dba Days Inn Bakersfield, | |
| 27 | |
| 28           Defendant. | |

| | |
|---|---|
| THERESA BROOKE, | Case No.: 1:16-cv-1409-AWI-JLT |
| Plaintiff, | |
| v. | |
| JHP HOSPITALITY GROUP, INC., a California corporation dba Ramada Limited Bakersfield North, | |
| Defendant. | |
| _____ | |
| THERESA BROOKE, | Case No.: 1:16-cv-1410-LJO-JLT |
| Plaintiff, | |
| v. | |
| D.P.R.L. INVESTMENTS, LLC, a California limited liability company dba Hotel Rosedale, | |
| Defendant. | |
| _____ | |
| THERESA BROOKE, | Case No.: 1:16-cv-1411-DAD-JLT |
| Plaintiff, | |
| v. | |
| KOO JIN HYUN & CHU MYUNG HEE, trustees of the KOO JIN HYUN & CHU MYUNG HEE TRUST dba Hampton Inn & Suites Bakersfield North-Airport, | |
| Defendants. | |
| _____ | |
| THERESA BROOKE, | Case No.: 1:16-cv-1414- LJO-JLT |
| Plaintiff, | |
| v. | |
| PRIME HOSPITALITY SERVICES, LLC, a California limited liability company dba Hampton Inn & Suites Bakersfield/Hwy 58, | |
| Defendant. | |
| _____ | |

2

THERESA BROOKE,

        Plaintiff,

      v.

RP GOLDEN STATE MGT, LLC, a
California limited liability company dba
Garden Suites Inn,

        Defendant.

_____

THERESA BROOKE,

        Plaintiff,

      v.

KPK, INC., a California corporation dba
Travelodge Turlock,

        Defendant.

_____

THERESA BROOKE,

        Plaintiff,

      v.

LILJENQUIST MODESTO COMPANY,
LLC, a California limited liability company
dba Modesto Hotel,

        Defendant.

_____

THERESA BROOKE,

        Plaintiff,

      v.

METRO HOSPITALITY SERVICES, INC.,
a California corporation dba Hampton Inn
Fresno NW,

        Defendant.

_____

Case No.: 1:16-cv-1415-LJO-JLT

Case No.: 1:16-cv-1449-LJO -JLT

Case No.: 1:16-cv-1454-DAD-JLT

Case No.: 1:16-cv-1455- DAD-JLT

| | |
|---|---|
| THERESA BROOKE, | Case No.: 1:16-cv-1456-LJO-JLT |
| Plaintiff, | |
| v. | |
| JAYESHKUMAR PATEL, an individual; PRAFULBHAI PATEL, an individual, both individuals dba Budget Inn Modesto, | |
| Defendants. | |

---

| | |
|---|---|
| THERESA BROOKE, | Case No.: 1:16-cv-1465-AWI-JLT |
| Plaintiff, | |
| v. | |
| KHATRI BROTHERS, L.P., a California limited partnership dba Clarion Modesto, | |
| Defendant. | |

---

| | |
|---|---|
| THERESA BROOKE, | Case No.: 1:16-cv-1499-AWI- JLT |
| Plaintiff, | |
| v. | |
| A&A TARZANA PLAZA, LP, a California limited partnership dba Hilton Garden Inn Clovis, | |
| Defendant. | |

---

| | |
|---|---|
| THERESA BROOKE, | Case No.: 1:16-cv-1503-DAD- JLT |
| Plaintiff, | |
| v. | |
| THANDI ENTERPRISES, LLC, a California limited liability company dba Holiday Inn Express Fresno, | |
| Defendant. | |

| | |
|---|---|
| THERESA BROOKE, | Case No.: 1:16-cv-1506-DAD- JLT |
| Plaintiff, | |
| v. | |
| FRESNO AIRPORT HOTELS, LLC, a California limited liability company dba Ramada Fresno Airport, | |
| Defendant. | |
| THERESA BROOKE, | Case No.: 1:16-cv-1508-LJO- JLT |
| Plaintiff, | |
| v. | |
| KAINTH BROTHERS, INC., a California corporation dba Country Inn Suites Fresno North, | |
| Defendant. | |
| THERESA BROOKE, | Case No.: 1:16-cv-1509-LJO- JLT |
| Plaintiff, | |
| v. | |
| SHIV HOTELS, LLC, a California limited liability company dba Hampton Inn Fresno, | |
| Defendant. | |
| THERESA BROOKE, | Case No.: 1:16-cv-1510-LJO- JLT |
| Plaintiff, | |
| v. | |
| SHIVKRUPA INVESTMENTS, INC., a California corporation dba La Quinta Inn Suites Fresno, | |
| Defendant. | |

| | |
|---|---|
| THERESA BROOKE, | Case No.: 1:16-cv-1511-LJO- JLT |
|      Plaintiff, | |
|   v. | |
| SHRIGI, INC., a California corporation dba Welcome Inn Fresno, | |
|      Defendant. | |

_____

| | |
|---|---|
| THERESA BROOKE, | Case No.: 1:16-cv-1520-LJO- JLT |
|      Plaintiff, | |
|   v. | |
| THE DAE SUNG & HEE JAE CHA TRUST dba Quality Inn Tulare, | |
|      Defendant. | |

_____

| | |
|---|---|
| THERESA BROOKE, | Case No.: 1:16-cv-1521-AWI- JLT |
|      Plaintiff, | |
|   v. | |
| HANFORD INVESTORS, INC., a California corporation dba Comfort Inn Hanford, | |
|      Defendant. | |

_____

| | |
|---|---|
| THERESA BROOKE, | Case No.: 1:16-cv-1522-LJO- JLT |
|      Plaintiff, | |
|   v. | |
| INTERLINK PROPERTIES L.P., a California limited partnership dba Hampton Inn Visalia, | |
|      Defendant. | |

_____

6

THERESA BROOKE,

    Plaintiff,

  v.

NMA HOSPITALITY LLC, a California limited liability company dba La Quinta Tulare,

    Defendant.

Case No.: 1:16-cv-1529-DAD- JLT

_____

THERESA BROOKE,

    Plaintiff,

  v.

TERRA INVESTMENTS I, LLC, a California limited liability company dba Charter Inn Suites,

    Defendant.

Case No.: 1:16-cv-1530-DAD- JLT

_____

THERESA BROOKE,

    Plaintiff,

  v.

PICADILLY INN UNIVERSITY, dba University Square Hotel,

    Defendant.

Case No.: 1:16-cv-1594-AWI- JLT

_____

THERESA BROOKE,

    Plaintiff,

  v.

DAYS INN OF FRESNO PARTNERSHIP, dba Days Inn Fresno Central,

    Defendant.

Case No.: 1:16-cv-1595-DAD- JLT

7

1   THERESA BROOKE,                             Case No.: 1:16-cv-1596-DAD- JLT

2                   Plaintiff,

3           v.

4   PICADILLY INN EXPRESS,

5                   Defendant.

6   _____

7

8           A district court has the inherent power to stay its proceedings.  This power to stay is "incidental

9   to the power inherent in every court to control the disposition of the causes on its docket with economy

10  of time and effort for itself, for counsel, and for litigants."  Landis v. North American Co., 299 U.S.

11  248, 254 (1936); see also Gold v. Johns–Manville Sales Corp., 723 F.2d 1068, 1077 (3d Cir.1983)

12  (holding that the power to stay proceedings comes from the power of every court to manage the cases

13  on its docket and to ensure a fair and efficient adjudication of the matter at hand).  This is best

14  accomplished by the "exercise of judgment, which must weigh competing interests and maintain an

15  even balance."  Landis, 299 U.S. at 254–55.  In determining whether to issue a stay, courts consider the

16  potential prejudice to the non-moving party; the hardship or inequity to the moving party if the action is

17  not stayed; and the judicial resources that would be saved by simplifying the case or avoiding

18  duplicative litigation if the case before the court is stayed.  CMAX, Inc. v. Hall, 300 F.2d 265, 268 (9th

19  Cir.1962).

20          Recently, the Court ordered the plaintiff to show cause why the actions should not be dismissed

21  for lack of standing and lack of subject matter jurisdiction. To allow time for this issue to be resolved

22  and to avoid the occurrence of events inconsistent with the Court's attempts to preserve judicial

23  resources—including, for example, the filing of motions to dismiss—until the standing issue is

24  resolved, the Court concludes that a stay is necessary.  Thus, explicitly, the Court finds the parties' and

25  the Court's resources would be preserved if the matter was stayed pending the resolution of the

26  standing issue.  Finally, the Court finds that there would be no hardship as a result of the brief stay that

27  it anticipates. Accordingly, the Court **ORDERS**:

28

                                                    8

1.   Except for the plaintiff's obligation to comply with the orders to show cause, the actions are **STAYED**.  All other deadlines—including the obligation of the defendants to file responsive pleadings—are not in effect at this time.

IT IS SO ORDERED.

Dated:   **October 28, 2016**          **/s/ Jennifer L. Thurston**

UNITED STATES MAGISTRATE JUDGE